UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: JAMIE M. NADING-BUETSCH  §  Case No. 11-84984
                                §
                                §
                                §
         Debtors                §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2011.

2) The plan was confirmed on 02/22/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/05/2012.

5) The case was converted on 05/15/2012.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,372.30.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 546.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 546.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 23.58 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 31.11 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 54.69** |
| Attorney fees paid and disclosed by debtor: | $ 81.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF HENRY REPAY | Lgl | 2,900.00 | 2,981.00 | 2,981.00 | 23.58 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 10,350.00 | 10,470.40 | 10,350.00 | 275.67 | 215.64 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 0.00 | 0.00 | 120.40 | 0.00 | 0.00 |
| AFFILIATED SURGEONS OF | Uns | 146.93 | NA | NA | 0.00 | 0.00 |
| ALPINE BANK | Uns | 641.18 | NA | NA | 0.00 | 0.00 |
| ARUNA SHAH MD | Uns | 196.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY BARBARA VELLA PC | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| BELVIDERE CLINIC | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK BANK | Uns | 315.27 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,909.02 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 879.86 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 90.34 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE GROUP | Uns | 134.54 | NA | NA | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 527.00 | 1,693.84 | 1,693.84 | 0.00 | 0.00 |
| OLD NAVY | Uns | 280.60 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE AGENCY | Uns | 468.00 | 541.50 | 541.50 | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 96.07 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 249.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE | Uns | 77.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 435.86 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC PATHOLOGISTS | Uns | 316.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD EAS | Uns | 681.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH MEDICAL LAB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 805.50 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 2,439.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 157.26 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 75.68 | NA | NA | 0.00 | 0.00 |
| RONALD F ALTMAN MD SC | Uns | 520.95 | NA | NA | 0.00 | 0.00 |
| SHERMAN & CAROL BUETSCH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHRIVER ONEILL & THOMPSON | Uns | 2,527.11 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 4,353.00 | 4,564.83 | 4,564.83 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 386.74 | 386.74 | 386.74 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 7,966.18 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SYSTEMS OF | Uns | 227.68 | 227.68 | 227.68 | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 2,308.64 | NA | NA | 0.00 | 0.00 |
| UW HEALTH PHYSICIANS | Uns | 399.95 | NA | NA | 0.00 | 0.00 |
| VERIZON NORTH | Uns | 302.11 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 589.00 | 577.93 | 577.93 | 0.00 | 0.00 |
| JAMES S BUETSCH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,350.00 | $ 275.67 | $ 215.64 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,350.00 | $ 275.67 | $ 215.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 8,112.92 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 54.69 |
| Disbursements to Creditors | $ 491.31 |
| **TOTAL DISBURSEMENTS:** | $ 546.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  05/29/2012          By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)